**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00397-KMT

ROSA DELGADO,

    Plaintiff,

v.

BOHEMIAN LIGERS, LLC, d/b/a SOSI'S HEALTHY PLEASURES,
and
SOSI BOCCHIERIYAN, AN INDIVIDUAL,

    Defendant.

---

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 68**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 68, the following Judgment is hereby entered.

    Pursuant to the offer of judgment served on April 6, 2016 and the acceptance thereof filed April 8, 2016, with proof of service, it is

    ORDERED that judgment is hereby entered for ROSA DELGADO and against BOHEMIAN LIGERS, LLC, d/b/a Sosi's Healthy Pleasures, and SOSI BOCCHIERIYAN, an individual, in the amount of $3,232.50, which includes the following terms regarding damages, costs, and fees: (1) Payment to Plaintiff in the amount of $3,232.50, which includes $616.25 in alleged overtime-paid-as-straight-time damages, $1,000.00 in alleged "shaved time" damages, and liquidated damages on such amounts; plus (2) Actual and reasonable accrued costs and reasonable attorney's fees incurred by Plaintiff related to her FLSA claim, as determined by the court.  It is

FURTHER ORDERED that post-judgment interest shall accrue at the rate of 0.55% from the date of entry of judgment.

Dated at Denver, Colorado this 13th day of April, 2016.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/M. Ortiz

M. Ortiz
Deputy Clerk